### 46224.   LOVE v. HARRIS.

HALL, Presiding Judge. Plaintiff in a contract action appeals from the order setting aside the default judgment it had obtained and reopening the case on the issue of damages only.

The order in question is not a final judgment and the trial judge did not certify it for immediate review within ten days. Therefore the appeal is premature and must be dismissed. *Code* § 6-701; *Rockmart Finance Co. v. High,* 118 Ga. App. 351 (163 SE2d 758); *Consolidated Pecan Sales v. Savannah Bank &c. Co.,* 121 Ga. App. 40 (172 SE2d 487).

*Appeal dismissed. Eberhardt and Whitman, JJ., concur.*
SUBMITTED MAY 10, 1971—DECIDED MAY 13, 1971.

*Paul C. Myers,* for appellant.
*John McGuignan, William L. Gower,* for appellee.